IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ROY COLLINS,

                Plaintiff,

v.

MICHAEL MEISNER, Staff Member BERGLAND
Staff Member L. WOGERNESE,
Staff Member JOHN DOE and ED WALL,

                Defendants.

ORDER

13-cv-762-wmc
_____

      Plaintiff Roy Collins, an inmate at the Columbia Correctional Institution in Portage, Wisconsin filed this case originally in the Circuit Court for Dane County, Wisconsin. On November 6, 2013, defendants removed this action to this court pursuant to 28 U.S.C. §§ 1441 and 1446 and paid the $400 filing fee. However, because plaintiff is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the act, a plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C.§ 1915A.

      Accordingly, IT IS ORDERED that plaintiff Roy Collins' complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C.§ 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. The parties will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to

communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 7th day of November, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge