IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROY COLLINS,

                Plaintiff,                         ORDER

    v.

                                                           13-cv-762-wmc

MICHAEL MEISNER, and ERIN BERGLAND,

                Defendants.

---

      On the day plaintiff's opposition to defendants' motion for summary judgment was due, plaintiff filed a motion for continuance and a motion to compel discovery. (Dkt. #31.)  In response to plaintiff's motion, defendants acknowledged that certain promised discovery had not been served and, while at times still maintaining objections, has now provided responses to interrogatories.  (Dkt. #32.)  Having reviewed plaintiff's motion and defendants' responses, it appears to the court that all discovery-related disputes have been resolved.  As such, the motion to compel is GRANTED, and the court will reserve on an appropriate sanction, if any, pending further developments in this case.

      Defendants' failure to respond timely to discovery requests, however, warrants some immediate relief from the briefing schedule.  As such, plaintiff's request for a continuance is GRANTED IN PART AND DENIED IN PART.  While plaintiff requests an additional 45 days to respond to defendants' motion for summary judgment, the court finds 30 days sufficient for plaintiff to review the newly-produced discovery and amended interrogatory responses.  Moreover, a 45-day extension would unreasonably compress the

pretrial schedule. Accordingly, plaintiff's opposition brief is now due October 3, 2016. Defendants' reply, if any, is due October 17, 2016.

Entered this 2nd day of September, 2016.

                        BY THE COURT:

                        /s/

                        _____
                        WILLIAM M. CONLEY
                        District Judge