IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY COLLINS,

                                                   JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                             13-cv-762-wmc

v.

MICHAEL MEISNER and
ERIN BERGLUND,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) granting Michael Meisner and Erin Berglund's motion for summary judgment as to plaintiff's First Amendment and First Amendment retaliation claims; and

    (2) dismissing plaintiff's remaining state law claims without prejudice.

    /s/                                                         1/5/2017

Peter Oppeneer, Clerk of Court                       Date